IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM E. BRIGGS-MUHAMMAD,

                         Plaintiff,                         ORDER

   v.

                                                       09-cv-193-slc

WAL-MART ASSOCIATES INC, STORE 2335,

                        Defendant.

---

      In an order dated June 1, 2009, this court granted plaintiff Miriam Briggs-Muhammad leave to proceed on her claim against defendant Wal-Mart Associates, Inc, Store 2335 on the condition that she prepay $175 of the $350 filing fee no later than June 22, 2009. Now plaintiff moves reconsideration of the portion of the June 1 order requiring her to prepay a portion of the filing fee because her husband is no longer working and her disability benefits have ceased. I will grant plaintiff's motion for reconsideration and find that she qualifies for indigent status.

      The next step is for plaintiff to complete marshals service and summons forms and return them to the court so that the United States Marshal can serve plaintiff's complaint on defendant. I am including a copy of the forms with this order. Plaintiff will have two weeks to complete the forms and return them to this court.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration, dkt. #5, is GRANTED. Plaintiff qualifies financially to proceed without prepayment of costs and fees in this action.

Further, IT IS ORDERED that plaintiff may have until July 9, 2009, in which to complete and return the enclosed marshals service and summons forms. If, by July 9, 2009, plaintiff fails to submit the requested forms, I will dismiss this case for plaintiff's failure to prosecute it.

Entered this 25th day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge