| | |
|---|---|
| **From:** | Bayt, Katie |
| **Sent:** | Wednesday, December 09, 2009 4:30 PM |
| **To:** | 'CarrieV@communityjusticeinc.org' |
| **Subject:** | Miriam Briggs-Muhammad v. Wal-Mart |
| **Attachments:** | Educational Releases_20091209141715.pdf; Employer_20091209141747.pdf; SSA_20091209141653.pdf |

Dear Ms. Vance,

As a follow up to my email to you yesterday, I am attaching additional standard releases for Plaintiff's execution in response to information Plaintiff provided to Wal-Mart's Interrogatories. Please have Plaintiff execute and return these releases to us by December 16, 2009, so that we may obtain third-party discovery in preparation for deposing Plaintiff. Thank you.

Sincerely,

Katie Bayt

**EXHIBIT 7**

12/21/2009