# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MIRIAM E. BRIGGS-MUHAMMAD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:09-cv-00193-slc |
| WAL-MART ASSOCIATES INC., | ) JURY DEMANDED |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firm of Community Justice Inc., by Attorney Carrie Vance respectfully moves the Court for leave to withdraw as attorneys for the Plaintiff, Miriam E. Briggs-Muhammad. Movant cites Wisconsin SCR 20:1.16(b)(6) as an authority for this action.

In support of the Motion, movants show the Court that:

The law firm of Community Justice Inc., is financially overburdened by this suit.

The plaintiff has been given advanced notice of this request and has been informed of her right to a copy of her case file as well as cooperation with any successor counsel. Further, the movant has attempted to find substitute counsel for the plaintiff.

Dated this 21st day of January 2010

Respectfully submitted,

\_\_\_s/ Carrie Vance_____
Attorney Carrie Vance
WI State Bar No. 1056606

Community Justice Inc.
222 S. Hamilton St., Suite 22
Madison, WI  53703
Tel: 608-204-9642
Fax: 608-204-9645
E-mail:  carrie@communityjusticeinc.org

Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

      I certify that on January 21, 2010, I filed a Motion for Leave to Withdraw as Counsel for the Plaintiff as the attorney for the Plaintiff Miriam Briggs-Muhammad in case 3:09-cv-00193-vis with the Clerk of Court using the CM/ECF system, causing it to be served on the following counsel of record for the Defendant:

Katherine Stotler Bayt
Susan Zoeller
Barnes & Thornburg LLP
11 South Meridian Strret
Indianapolis, Indiana 46204-3535
Telephone (317) 236-1313
Facsimile: (317) 231-7433
katie.bayt@btlaw.com
susan.zoeller@btlaw.com

Attorney for the Defendant

      By:

      ___s/ Carrie Vance_____
      Attorney Carrie Vance
      WI State Bar No. 1056606

      Community Justice Inc.
      222 S. Hamilton St., Suite 22
      Madison, WI  53703
      Tel: 608-204-9642
      Fax: 608-204-9645
      E-mail:  carrie@communityjusticeinc.org

      Attorneys for the Plaintiff