IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM BRIGGS-MUHAMMAD,

                Plaintiff,                            ORDER

v.

                                                      09-cv-193-slc

WAL-MART ASSOCIATES INC., STORE 2335,

                Defendant.

---

        In a September 20, 2010, order, I stayed proceedings in this case in order to locate a lawyer to represent plaintiff Miriam Briggs-Muhammad. Now attorney Michael F. Brown, a member of the Wisconsin Bar, has agreed to meet with plaintiff to discuss whether they can agree to have the court appoint him to represent her in the case going forward. Accordingly, IT IS ORDERED that I will give attorney Brown until April 5, 2011 to inform the court whether he will be representing plaintiff in this matter. Plaintiff should expect to hear from Brown in the near future.

        Entered this 17th day of March, 2011.

                                                    BY THE COURT:

                                                    /s/

                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge