IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM BRIGGS-MUHAMMAD,

                Plaintiff,                    ORDER

v.

                                    09-cv-193-slc

WAL-MART ASSOCIATES INC., STORE 2335,

                Defendant.

---

In a March 15, 2011 order, I stated that attorney Michael F. Brown had agreed to meet with plaintiff Miriam Briggs-Muhammad to discuss whether they could agree to have the court appoint him to represent her in this case going forward. Attorney Brown now informs the court that he and plaintiff have reached such an agreement.

Accordingly, IT IS ORDERED that Michael F. Brown is appointed to represent plaintiff in this case. All proceedings in this case remain STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 7th day of April, 2011.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge