UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Miriam Briggs-Muhammad,

        Plaintiff(s),

v.

Wal-Mart Associates Inc., Store 2335,

        Defendant(s).

ORDER

Case No. 09-cv-193-wmc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 24th day of January, 2012.

William M. Conley
District Judge