UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Miriam Briggs-Muhammad,

                Plaintiff(s),                ORDER

    v.                                      Case No. 09-cv-193-wmc

Wal-Mart Associates Inc., Store 2335,

                Defendant(s).

---

    The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

    Entered this 24th day of January, 2012.

                                        William M. Conley
                                        District Judge