IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIRIAM BRIGGS-MUHAMMAD,

               Plaintiff,

v.

WAL-MART ASSOCIATES INC.,
STORE 2335,

               Defendant.

ORDER

09-cv-193-wmc

The court has received a request from plaintiff that she would like a transcript of the November 5, 2012, evidentiary hearing. (Dkt. #85.) 28 U.S.C. § 753(f) provides

> Each reporter may charge and collect fees for transcripts requested by the parties . . . Fees for transcripts furnished in [civil actions such as this case] to persons permitted to appeal *in forma pauperis* shall . . . be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question). The reporter may require any party requesting a transcript to prepay the estimated fee in advance except as to transcripts that are to be paid for by the United States.

This statute authorizes judges to request the government to pay for transcripts that are necessary to permit the court of appeals to assess adequately an indigent party's arguments on appeal. As plaintiff has not appealed this case and the time for filing such an appeal is long past, she does not qualify for a transcript at government expense.

Entered this 29th day of October, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge